**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: ComPsych Corporation v. HealthChampion Partners LLC

Case Number: 20-cv-06609

An appearance is hereby filed by the undersigned as attorney for:

HealthChampion Partners LLC

Attorney name (type or print): Colin O'Brien

Firm: Latimer LeVay Fyock, LLC

Street address: 55 West Monroe, Suite 1100

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6283647
(See item 3 in instructions)

Telephone Number: 312-256-2107

Email Address: cobrien@llflegal.com

Are you acting as lead counsel in this case?      ☐ Yes   ☑ No

Are you acting as local counsel in this case?      ☐ Yes   ☑ No

Are you a member of the court's trial bar?      ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?      ☐ Yes   ☑ No

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/18/2021

Attorney signature:   S/ Colin O'Brien
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015