## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ComPsych Corporation

                      Plaintiff,

v.                                                 Case No.: 1:20−cv−06609

                                                                Honorable Steven C. Seeger

HealthChampion Partners, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 25, 2021:

       MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Joint Initial Status Report (Dckt. No. [13]). The Court adopts the proposed schedule. Fact discovery will close on November 29, 2021. Scheduling order to follow. The parties have had preliminary settlement discussions, but they have not progressed. The parties shall file a status report by April 9, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.