# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| COMPSYCH CORPORATION | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 20-cv-06609 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| HEALTHCHAMPION PARTNERS, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | April 4, 2021 |
| Service of process on any "John Does" | 60 days after the beginning of fact discovery |
| Completion of Fact Discovery | November 29, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | One month after the close of fact discovery (December 29, 2021) |
| Deposition of Plaintiff's Expert | February 14, 2022 |
| Disclosure of Defendant's Expert Report(s) | March 28, 2022 |
| Deposition of Defendant's Expert | May 2, 2022 |
| Dispositive Motions | One month after the close of expert discovery (July 4, 2022) |

Date: January 25, 2021      _____

                                                           Steven C. Seeger
                                                           United States District Judge