UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMPSYCH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-6609 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| HEALTHCHAMPION PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of January 25, 2021, the parties hereby submit the following status update:

The case is currently in the fact discovery period, which is set to close on November 29, 2021. The parties are not aware of any disputes that require the involvement of the Court. In addition, the parties continue to engage in discussions regarding a possible resolution.

| | |
|---|---|
| Dated: April 9, 2021 | Respectfully submitted,<br><br>s/ Howard S. Michael<br>Howard S. Michael<br>Fan Cheng<br>Brinks Gilson & Lione<br>455 N. Cityfront Plaza Drive, Suite 3600<br>Chicago, IL 60611<br>(312) 321-4200<br><br>Attorneys for Plaintiff ComPsych Corporation<br><br><br>s/ John L. Ambrogi<br>John L. Ambrogi<br>Colin O'Brien<br>Latimer LeVay Fyock<br>55 W. Monroe St., Ste. 1100<br>Chicago, IL 60603<br>(312) 422-8000<br><br>Attorneys for Defendant HealthChampion Partners, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, a true and correct copy of the foregoing **Joint Status Report** was electronically filed and served to all counsel of record via the Court's ECF system.

DATED: April 9, 2021              s/   Fan Cheng