**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

ComPsych Corporation

                            Plaintiff,

v.                                                                Case No.: 1:20−cv−06609

                                                                                    Honorable Steven C. Seeger

HealthChampion Partners, LLC

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 12, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report (Dckt. No. [16]). Discovery is ongoing. The parties shall file another status report by September 10, 2021. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.