# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMPSYCH CORPORATION, | ) |
| Plaintiff, | ) Case No. 20-cv-6609 |
| v. | ) Hon. Steven C. Seeger |
| HEALTHCHAMPION PARTNERS, LLC, | ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT

Plaintiff ComPsych Corporation and Defendant HealthChampion Partners, LLC jointly move this honorable Court to enter the [Proposed] Consent Judgment to resolve the above-captioned case. The parties jointly make this motion in good faith.

Dated: June 17, 2021

Respectfully submitted,

s/ Fan Cheng
Howard S. Michael
Fan Cheng
Brinks Gilson & Lione
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
(312) 321-4200

Attorneys for Plaintiff ComPsych Corporation


s/ John L. Ambrogi
John L. Ambrogi
Colin O'Brien
Latimer LeVay Fyock
55 W. Monroe St., Ste. 1100
Chicago, IL 60603
(312) 422-8000

Attorneys for Defendant HealthChampion Partners, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, a true and correct copy of the foregoing **JOINT MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT** was electronically filed and served to all counsel of record via the Court's ECF system.

DATED: June 17, 2021                                    s/     Fan Cheng