AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# HEALTHCHAMPION

**Reg. No. 4,062,415**

**Registered Nov. 29, 2011**

**Amended Nov. 4, 2014**

**Int. Cls.: 36, 44 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

COMPSYCH CORPORATION (ILLINOIS CORPORATION)
13TH FLOOR
455 NORTH CITYFRONT PLAZA DRIVE
CHICAGO, IL 60611

FOR: ASSESSING INSURANCE CLAIMS; CLAIMS ADMINISTRATION SERVICES IN THE FIELD OF HEALTH INSURANCE; CONSULTING AND INFORMATION CONCERNING HEALTH INSURANCE; INSURANCE ADMINISTRATION SERVICES, NAMELY, ASSISTING OTHERS WITH ADJUSTING INSURANCE CLAIMS; INSURANCE CLAIMS ADMINISTRATION; INSURANCE CLAIMS PROCESSING; INSURANCE SERVICES, NAMELY, INSURANCE ELIGIBILITY REVIEW AND VERIFICATION AND CONSULTATION IN THE HEALTH INDUSTRY; MEDICAL INSURANCE CASE AND UTILIZATION REVIEW AND INSURANCE CLAIMS ADJUSTMENT SERVICES FOR HEALTHCARE PURCHASERS AND PAYORS AND PROVIDERS AND MEDICARE BENEFICIARIES; PHARMACEUTICAL BENEFIT MANAGEMENT SERVICES; PROVIDING COUNSELING AND CONSULTING IN THE FIELD OF HEALTHCARE BENEFITS; SOCIAL SECURITY AND MEDICARE CLAIMS ADMINISTRATION AND CONSULTING SERVICES RENDERED TO INDIVIDUALS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-2008; IN COMMERCE 2-0-2008.

FOR: CONDUCTING TELEPHONE AND IN-PERSON PERSONAL LIFESTYLE WELLNESS ASSESSMENTS; CONSULTING SERVICES IN THE FIELD OF MENTAL HEALTH AND WELLNESS; CONSULTING SERVICES IN THE FIELD OF WOMEN'S HEALTH, CONSULTING SERVICES IN THE FIELD OF HEALTH AND NUTRITION; CONSULTING SERVICES IN THE FIELD OF MEDICAL CARE, ALL OF THE FOREGOING NOT INCLUDING THE PROVIDING OF CHIROPRACTIC SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 2-0-2008; IN COMMERCE 2-0-2008.

FOR: CASE MANAGEMENT SERVICES, NAMELY, THE COORDINATION OF LEGAL, SOCIAL AND PSYCHOLOGICAL SERVICES FOR ELDERLY AND DISABLED PERSONS; INVESTIGATION SERVICES RELATED TO INSURANCE CLAIMS; IN-HOME SUPPORT SERVICES TO SENIOR PERSONS, NAMELY, GERIATRIC CARE MANAGEMENT SERVICES IN THE NATURE OF THE COORDINATION OF NECESSARY SERVICES AND PERSONAL CARE FOR OLDER INDIVIDUALS; PROVIDING PATIENT ADVOCATE SERVICES TO INDIVIDUALS IN NEED OF HOSPITAL SERVICES; PROVIDING CASE MANAGEMENT



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,062,415** SERVICES TO INDIVIDUALS IN NEED OF HOSPITAL SERVICES, NAMELY, COORDIN-ATING LEGAL, PHYSICAL, SOCIAL AND PSYCHOLOGICAL SERVICES FOR INDIVIDUALS IN NEED OF HOSPITAL SERVICES; PROVIDING PATIENT ADVOCATE SERVICES TO PATIENTS IN LONG TERM CARE FACILITIES; PROVIDING CASE MANAGEMENT SER-VICES TO PATIENTS IN LONG TERM CARE FACILITIES, NAMELY, COORDINATING LEGAL, PHYSICAL, SOCIAL AND PSYCHOLOGICAL SERVICES FOR INDIVIDUALS IN NEED OF LONG TERM CARE FACILITIES; PROVIDING PATIENT ADVOCATE AND CASE MANAGEMENT SERVICES, NAMELY, COORDINATING THE PROCUREMENT AND AD-MINISTRATION OF MEDICATION; PROVIDING PATIENT ADVISORY, ADVOCATE AND CASE MANAGEMENT SERVICES FOR INDIVIDUALS AND THEIR FAMILIES, NAMELY, THE COORDINATION OF MEDICAL SERVICES; PROVIDING PERSONAL SUPPORT SERVICES FOR FAMILIES OF CHRONICALLY ILL AND/OR DISABLED PATIENTS, NAMELY, COMPANIONSHIP, HELP WITH MEDICAL FORMS, EMOTIONAL COUNSELING AND EMOTIONAL SUPPORT , IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-0-2008; IN COMMERCE 2-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTH", APART FROM THE MARK AS SHOWN.

SER. NO. 85-173,338, FILED 11-10-2010.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ComPsych Corporation

                       Plaintiff,

v.                                    Case No.: 1:20−cv−06609

                                    Honorable Steven C. Seeger

HealthChampion Partners, LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion for entry of consent judgment (Dckt. No. [18]) is hereby granted. Consent Judgment to follow. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ GIA WILLIS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 23, 2021